UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT TULLOCH, and all others
similarly situated,

                                Hon. Linda V. Parker

       Plaintiff,                    Case No.: 18-cv-11885-LVP-RSW

vs.

CITY OF JACKSON,

       Defendant.

---

| | |
|---|---|
| Law Offices of Aaron D. Cox, PLLC | O'Connor, DeGrazia, Tamm |
| Aaron D. Cox (P69346) | & O'Connor, P.C. |
| Co-Counsel for Plaintiff | James E. Tamm (P38154) |
| 23380 Goddard Road | Michael J. Bonvolanta (P80038) |
| Taylor, MI 48180 | Attorney for Defendant |
| (734) 287-3664 | 40701 Woodward Ave., Ste. 105 |
| aaron@aaroncoxlaw.com | Bloomfield Hills, MI 48304 |
| | (248) 433-2000 |
| Mark K. Wasvary, P.C. | jetamm@odtlegal.com |
| Mark K. Wasvary (P51575) | mjbonvolanta@odtlegal.com |
| Co-Counsel for Plaintiff | |
| 2401 W. Big Beaver Road, Ste. 100 | |
| Troy, MI 48084 | |
| (248) 649-5667 | |
| markwasvary@hotmail.com | |

---

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

## **STIPULATION**

The parties, through their respective counsel, hereby stipulate that Defendant, City of Jackson, is dismissed from this action, with prejudice and without costs and fees as to any party.

Respectfully submitted,

By: /S/ Michael J Bonvolanta
      MICHAEL J. BONVOLANTA (P80038)
      JAMES E. TAMM (P38154)
      Attorney for Defendant City of Jackson
      40701 Woodward Avenue, Ste. 105
      Bloomfield Hills, MI 48304
      (248) 433-2000/(248) 433-2010 DID
      mjbonvolanta@odtlegal.com
      jetamm@odtlegal.com

      /S/ Aaron D Cox (w/ consent)
      Law Offices of Aaron D. Cox, PLLC
      AARON D. COX (P69346)
      Attorney for Plaintiff
      23380 Goddard Road
      Taylor, MI 48180
      (734) 287-3664
      aaron@aaroncoxlaw.com

      /S/ Mark K Wasvary (w/ consent)
      Mark K. Wasvary, P.C.
      MARK K. WASVARY (P51575)
      Attorney for Plaintiff
      2401 W. Big Beaver Road, Ste. 100
      Troy, MI 48084
      (248) 649-5667
      markwasvary@hotmail.com

DATED: November 27, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT TULLOCH, and all others
similarly situated,

                                Hon. Linda V. Parker

       Plaintiff,              Case No.: 18-cv-11885-LVP-RSW

vs.

CITY OF JACKSON,

       Defendant.

---

| | |
|---|---|
| Law Offices of Aaron D. Cox, PLLC | O'Connor, DeGrazia, Tamm |
| Aaron D. Cox (P69346) | & O'Connor, P.C. |
| Co-Counsel for Plaintiff | James E. Tamm (P38154) |
| 23380 Goddard Road | Michael J. Bonvolanta (P80038) |
| Taylor, MI 48180 | Attorney for Defendant |
| (734) 287-3664 | 40701 Woodward Ave., Ste. 105 |
| aaron@aaroncoxlaw.com | Bloomfield Hills, MI 48304 |
| | (248) 433-2000 |
| Mark K. Wasvary, P.C. | jetamm@odtlegal.com |
| Mark K. Wasvary (P51575) | mjbonvolanta@odtlegal.com |
| Co-Counsel for Plaintiff | |
| 2401 W. Big Beaver Road, Ste. 100 | |
| Troy, MI 48084 | |
| (248) 649-5667 | |
| markwasvary@hotmail.com | |

---

## ORDER OF DISMISSAL WITH PREJUDICE

Upon reviewing the stipulation of the parties, with the Court being otherwise

fully advised in the premises;

**IT IS HEREBY ORDERED THAT** the above cause of action is dismissed

with prejudice and without costs and fees to any party.

This is a final Order which resolves the last pending claim and closes the case.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 28, 2018